UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE YORRO,

                Plaintiff,

          -against-

GIGI JORDAN, et al.,

                Defendants.

19-CV-7688 (CM)

ORDER

COLLEEN McMAHON, United States District Judge:

By order dated February 21, 2020, the Court dismissed this action. (ECF 11.) This matter has therefore been closed for more than two years.[1] Plaintiff has recently sent more than a dozen emails to my chambers regarding this matter.

The Court's Standing Order, "In the Matter of Pro Se Litigation," provides that "all pro se litigants shall file their papers with the Pro Se Office of this Court." M10-468 (Oct. 31, 1996). As set forth in my Individual Practices and Procedures: "**Do not send emails to any email address in chambers. Any email sent to a chambers email address will be ignored**." *See* Individual Practices and Procedures of Colleen McMahon, United States District Judge. In addition, "Pro se litigants must instead file all papers that they want Judge McMahon to read with the Pro Se Clerk's Office." *Id.*

The following information is also provided in my Individual Practices and Procedures:

Pro se litigants may not contact Chambers by phone, fax or email, but must direct all communications through the Pro Se Intake Unit, which can be reached at (212) 805-0175 during normal business hours, 8:30 a.m. to 5:00 p.m., Monday through

---

[1] Plaintiff has recently filed a new action in this Court that has not yet been assigned to a district judge. *See Yorro v. The Federal Trading Comm.*, No. 22-CV-6053 (UA) (S.D.N.Y.) (received July 14, 2022). Any documents that Plaintiff wishes to submit to the Court regarding this new action must be submitted in writing to the Pro Se Intake Unit.

Friday (except federal holidays). We will not respond to communications from pro se litigants who try to contact chambers by any other means.

*Id.*

Accordingly, Plaintiff can communicate with the Court only by submitting written communications to the Pro Se Intake Unit. The Court directs Plaintiff to cease further attempts to contact my chambers by email.

## CONCLUSION

The Court directs Plaintiff to cease further attempts to contact the Court by email or any means other than by filing documents with the Pro Se Intake Unit.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   July 21, 2022
         New York, New York

_____
COLLEEN McMAHON
United States District Judge